IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| TARLISHA FOOTE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 5:21-cv-06058-GAF ) |
| ADIENT US LLC | ) ) |
| Defendant. | ) |

## STIPULATED DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff Tarlisha Foote and Defendant Adient US LLC, by and through their respective attorneys and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby jointly stipulate to the dismissal of this action in its entirety, with prejudice, with each party to bear her/its own attorneys' fees and costs.

**SO STIPULATED:**

| CORNERSTONE LAW FIRM | HUSCH BLACKWELL LLP |
|---|---|
| By: /s/ Megan Lowe Stiles | By: /s/ /s/ Benjamin McMillen (with consent) |
| Marc N. Middleton Mo Bar #60002 | Benjamin A. McMillen MO Bar #63086 |
| m.middleton@cornerstonefirm.com | Rachel S. Kim MO Bar #71037 |
| Megan Lowe Stiles Mo Bar #69202 | 4801 Main Street, Suite 1000 |
| m.stiles@cornerstonefirm.com | Kansas City, Missouri 64112 |
| 5821 NW 72nd Street | Telephone: 816-983-8000 |
| Kansas City, Missouri 64151 | Facsimile: 816-983-8080 |
| Telephone (816) 5 81-4040 | Ben.mcmillen@huschblackwell.com |
| Facsimile (816) 741-8889 | Rachel.kim@huschblackwell.com |
| **ATTORNEYS FOR PLAINTIFF** | **ATTORNEYS FOR DEFENDANT ADIENT US LLC** |